

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-17-00022-CV

| | | |
|---|---|---|
| M.C., Individually and as Next Friend of J.C., a Minor; E.P., Individually and as Next Friend of A.P., a Minor; and each on behalf of the Estate of J.G., Decedent | § | From the 17th District Court |
| | § | of Tarrant County (017-269875-13) |
| v. | § | February 22, 2018 |
| Pantego Camp Thurman, Inc. | § | Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellants shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
Chief Justice Bonnie Sudderth